Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES DEERY for Compensation under the Workmen's Compensation Law, Respondent, v. THE H. C. & A. I. PIERCY CONTRACTING

COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.